UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV- 61247-WPD

JEWELL A. DIXON.,

       PLAINTIFF,

VS.

EXACT BILLING SOLUTIONS, LLC., AND ICBD HOLDINGS, LLC

       DEFENDANTS.

_____/

## ORDER DENYING AS MOOT MOTION TO DISMISS; REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss Plaintiff's Amended Complaint ("Motion") [DE 24], filed on September 4, 2025, and the Report and Recommendation of Magistrate Judge Strauss ("Report") [DE 37] filed herein on March 17, 2026.  On March 31, 2026, Plaintiff filed his Second Amended Complaint [DE 38] and, therefore, the Motion [DE 24] and the Report [DE 37] are now moot.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 24] and the Report and Recommendation [DE 37] are hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge Strauss