UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-61247-CIV-DIMITROULEAS/STRAUSS

JEWELL A. DIXON,

Plaintiff,

v.

EXACT BILLING SOLUTIONS, LLC
And ICBD HOLDINGS, LLC,

Defendants.

---

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [DE 42] ("the Motion"), filed herein on April 28, 2026 and the September 30, 2026 Report and Recommendation entered by United States Magistrate Judge Jared M. Strauss [DE 47] (the "Report"). The Court notes that no objections to the Report [DE 47] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 47] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749–50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 47] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 47] is hereby **ADOPTED** and **APPROVED**;

2. Defendants' Motion to Dismiss [DE 42] is **GRANTED IN PART** as to Counts III (Retaliation under GINA), IV (Interference with Rights Under GINA), and Count VI (Negligent Supervision and Retention) and **DENIED IN PART** as to Count V (Hostile Work Environment Under ADA).

3. Counts III, IV, and VI of Plaintiff's Second Amended Complaint [DE 38] are **DISMISSED**.

1. Counts I, II, and V will proceed. Defendant shall file an answer as to the remaining claims within fourteen (14) days of the date of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 22nd day of October, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

**Jewell A. Dixon**
212 E. Hillsboro Blvd., Unit 373
Deerfield Beach, FL 33443
954-832-6543
Email: jadsdixo75@gmail.com
PRO SE